[No. 34247-2-II.   Division Two.   February 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. J.J.H., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-8-00938-7, Diane M. Woolard, J., entered December 21, 2005. *Remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 34487-4-II.   Division Two.   February 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JIM PETE FORREST, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-1-00315-2, M. Karlynn Haberly, J., entered January 27, 2006. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Van Deren, J., concurred in by Houghton, C.J., and Penoyar, J.

[No. 34551-0-II.   Division Two.   February 7, 2007.]

*In the Matter of the Marriage of* SYLVIA CRAIG, *Respondent,* and ROY B. CRAIG, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-3-02330-1, Brian M. Tollefson, J., entered February 17, 2006. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Armstrong and Hunt, JJ.

[No. 34585-4-II.   Division Two.   February 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CLYDE LOKI HARRISON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-02384-8, John F. Nichols, J., entered March 10, 2006. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Armstrong, JJ.